**MANDATE**

N.Y.S.D. Case # 14-cv-5261(CM)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand and fifteen,

_____

Debra Goodman,

      Plaintiff - Appellant,

v.

City of New York, Police Officer Steven Rodriguez, Shield no. 28141, Richard Roe, other unidentified member of the New York City Police Department, Police Officers John Doe,

      Defendants - Appellees.

_____

ORDER
Docket No. 15-764

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 25, 2015

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/25/2015